# MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
☑ **VIDEOCONFERENCE**   ☐ **COURTROOM**

**U.S.A. v.** DuJuan Butler **, No.** 3:24-cr-00181

**ATTORNEY FOR GOVERNMENT:** Rob McGuire for Nicholas Goldin

**ATTORNEY FOR DEFENDANT:** Jodie Bell   ☐ AFPD  ☑ Panel  ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Rock

**INTERPRETER NEEDED?** ☐ YES ☑ NO   **LANGUAGE/INTERPRETER:** ___
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents appear to before the Magistrate Judge by video conference.

☑ **INITIAL APPEARANCE**   ☐ **ON A SUMMONS**   ☑ **ARRESTED ON:** 10.03.2024
- DEFENDANT HAS A COPY OF:
  - ☐ Complaint ☑ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other ___
- ☑ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
- ☑ Defendant advised of right to counsel   ☐ Counsel retained
- ☐ Financial affidavit filed under penalty of perjury   ☐ FPD Appointed
- ☑ Defendant advised of right to silence
- ☑ Defendant advised of right to **Consular notification**   ☑ Counsel app't based on counsel's statement
- ☑ GOV'T and DEFENDANT advised of Due Process Protections Act of 2020
- ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
- ☐ Government motion for detention   ☐ Defendant temporarily detained
- ☐ Defendant waived detention hearing   ☐ ICE detainer on defendant
- ☐ Defendant reserved right to hearing in future   ☐ Defendant to be returned to State custody
- ☐ Defendant to remain in Federal custody   ☐ Defendant waived rights under IAD
- ☐ Defendant to remain on current conditions of supervised release
- ☐ Defendant ordered to psychological/psychiatric evaluation
- ☑ Defendant released on: 10/03/2024
  - ☑ Own recognizance with conditions of release ☐ standard ☐ special
  - ☐ Appearance bond in the amount of: ___
  - ☐ Property bond [description of property]: ___
- ☐ **RULE 5** - Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
- ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
- ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
- ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** ___

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]
☑ **ARRAIGNMENT**
- ☑ Defendant acknowledges he/she has copy of Indictment/Information ☐ Court advised Def. of penalties
- ☑ Defendant waives reading thereof   ☐ Indictment/Information read to defendant by Judge
- **PLEA:** ☐ GUILTY ☑ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** 10.03.2024   **TOTAL TIME:** 20 min IA 1 min arraignment
**BEGIN TIME:** 2:34pm   **END TIME:** 2:55pm
☑ *Digitally Recorded*  ☐ *Court Reporter:* ___

Form Revised 2/9/2018   Page 1 of 1