IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:24-cr-00181 |
| | ) | Judge Richardson |
| DUJUAN BUTLER | ) | |
| | ) | |

## UNITED STATES' MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

The United States moves this Court to substitute Assistant United States Attorney S. Carran Daughtrey for Assistant United States Attorney Nicholas J. Goldin as the attorney of record for the United States in this case, pursuant to Local Rule 83.01(h).

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

*s/ S. Carran Daughtrey*
S. CARRAN DAUGHTREY
Assistant U. S. Attorney
719 Church St., Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being filed on March 5, 2025, with the Clerk via CM/ECF, such that a copy will be sent to defense counsel, Jodie A. Bell, via CM/ECF.

*s/ S. Carran Daughtrey*
S. CARRAN DAUGHTREY
Assistant United States Attorney